The orders appealed from sustain plaintiff's demurrers to affirmative defenses contained in the answers.

*William C. Cannon,* for the appellant.

*D-Cady Herrick,* for the respondent.

PER CURIAM:

For the reasons stated in *Postal Tel.-Cable Co.* v. *Associated Press, No. 1* (175 App. Div. 538), the orders appealed from are modified by overruling the demurrers to the affirmative defense alleged in the 5th paragraph of the answers, and as so modified affirmed, without costs, with leave to the plaintiff to withdraw the demurrers as to said defense, and with leave to the defendant to serve amended answers within twenty days from service of the orders to be entered herein.

Present — CLARKE, P. J., SCOTT, SMITH, PAGE and DAVIS, JJ.

Orders modified as directed in opinion, and as modified affirmed, without costs, with leave to defendant to amend. Orders to be settled on notice.

POSTAL TELEGRAPH-CABLE COMPANY, Respondent, *v.* THE ASSOCIATED PRESS, Appellant.   (Actions Nos. 5 & 6.)

First Department, December 8, 1916.

See head note in *Postal Tel.-Cable.Co.* v. *Associated Press, No. 1 (ante,* p. 538).

APPEALS by the defendant, The Associated Press, from orders of the Supreme Court, one in each action, made at the New York Special Term and entered in the office of the clerk of the county of New York, the order in action No. 5 on the 20th day of June, 1916, and the order in action No. 6 on the 12th day of July, 1916.

The orders appealed from sustain plaintiff's demurrers to affirmative defenses contained in the answers.

*William C. Cannon* for the appellant.

*D-Cady Herrick*, for the respondent.

PER CURIAM:

For the reasons stated in *Postal Tel.-Cable Co.* v. *Associated Press, No. 1* (175 App. Div. 538), the orders appealed from are modified by overruling the demurrers to the affirmative defense alleged in the 4th paragraph of the answers, and as so modified affirmed, without costs, with leave to the plaintiff to withdraw the demurrers as to said defense, and with leave to the defendant to serve amended answers within twenty days from service of the orders to be entered herein.

Present — CLARKE, P. J., SCOTT, SMITH, PAGE and DAVIS, JJ.

Orders modified as directed in opinion, and as modified affirmed, without costs, with leave to defendant to amend. Orders to be settled on notice.